1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

2

FOR MALHEUR COUNTY

3

4

5  MADALYN AND KHALID KHAN,
   an individual,

6                                              Case No. _____

7              Plaintiff,

8      v.                                      **SUMMONS**

9

10  JAYCO, INC, a Foreign Profit Company

11             Defendant.

12

13  TO: __Jayco, Inc. c/o Registered Agent CT Corporation System 334 N. Senate Avenue

14  Indianapolis, Indiana 46204__

15  You are hereby required to appear and defend the Complaint filed against you in the above entitled action

16  within thirty (30) days of the date of service of this Summons upon you, and in case of your failure to do
    so, for want thereof, plaintiff(s) will apply to the Court for the relief demanded in the Complaint.

17      **NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

18  **You must "appear" in this case or the other side will win automatically. To "appear," you must file
    with the Court a legal paper called a "Answer" or "Motion." The "Motion" or "Answer" must be**

19  **given to the court clerk or administrator within thirty (30) days along with the required filing fee.
    It must be in proper form and have proof of service on the Plaintiff's attorney, or, if the Plaintiff**

20  **does not have an attorney, proof of service on the Plaintiff.**    If you have questions, you should see an
    attorney immediately. If you need help finding an attorney, you may contact the Oregon State Bar's Lawyer

21  Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan
    area) or toll free elsewhere in Oregon at (800) 452-7636.

22
                                            _____/s/ Jessica Molligan_____
23                                          Jessica Molligan, OSB # 001823
                                            Attorney for Plaintiff
24

25

26
    Page -1- COMPLAINT                       Jessica Molligan, Attorney at Law, LLGP
                                             3323 Northeast 163rd Street, Suite 504
                                             North Miami Beach, Florida 33160
                                             (888)-415-0610
                                             **EXHIBIT A**
                                             **Page 1 of 21**

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR THE COUNTY OF MALHEUR**

Madalyn I. Saheb Khan and
Khalid Saheb Khan, individuals,

      Plaintiffs,

vs.                               Case No.:

Jayco, Inc.,
a Foreign Profit Corporation,      **COMPLAINT**
                                **Amount Claimed: $110,737.00**

      Defendant.

## <u>JURY TRIAL DEMANDED</u><br><u>COMPLAINT AND JURY DEMAND</u>

NOW COME Plaintiffs, Madalyn I. Saheb Khan and Khalid Saheb Khan, by and through their attorneys, Lemon Law Group Partners PLC, and submit the following as their Complaint against Defendant Jayco, Inc.

## <u>PARTIES, JURISDICTION AND VENUE</u>

1.    Plaintiffs Madalyn I. Saheb Khan and Khalid Saheb Khan are individuals residing at 305 S. Oregon Street, Ontario, Oregon 97914.

2.    Defendant Jayco, Inc. is a foreign profit corporation doing business throughout the State of Oregon. Jayco, Inc. (hereinafter "Defendant Manufacturer" or "Defendant Jayco") may be served through its registered agent, CT Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana 46204.

3.    The transactions and occurrences involved in this action took place in the State of Oregon, County of Malheur.

1

COMPLAINT                        LEMON LAW GROUP PARTNERS PLC
                                   3323 NORTHEAST 163 STREET, SUITE 504
                                   NORTH MIAMI BEACH, FL 33160

**COMMON AVERMENTS**

4.    On or about July 12, 2019, Plaintiffs purchased a new 2019 Entegra 36U Motorhome, VIN: 1F66F5DY7J0A12866 from an Authorized Dealership (hereinafter "Vehicle"). Please see Exhibit A: Purchase Agreement.

5.    At the time of purchase, the Vehicle was accompanied by a factory warranty which, in relevant part, provided for a two (2) year – 24,000 mile limited warranty (the "Warranty"). Please see Exhibit B: Pertinent Portion of Warranty. Full warranty is in Defendant's Possession.

6.    The Subject Vehicle was purchased primarily for personal, family, and/or household purposes.

7.    Defendant Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8.    In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9.    Shortly after purchase, Plaintiffs noticed defects in the vehicle and returned the vehicle to an Authorized Dealership to repair the defects on at least four (4) occasions for defects to the Subject Vehicle including:  low oil pressure, engine loses oil pressure and knocks, long block assembly defects necessitating replacement, vehicle will not move when in Drive, transmission defects necessitating replacement, knocking noise heard from oil pan while vehicle is running, vehicle required towing in to service, short block defects necessitating replacement, noise from transmission when going into Drive, grinding noise in every gear besides Neutral and Park, and front pump and torque converter defects necessitating replacement.  Please see Exhibit C:  Repair Orders.

10.    Subject Vehicle has been out-of-service for at least sixty-six (66) total days for the aforementioned repairs. Please see Exhibit C.

11.    Despite the prolonged time during which the Subject Vehicle has been out-of-service, Authorized Dealership has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

2

COMPLAINT                     LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

12.   The defects experienced by Plaintiffs with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiffs, and have shaken the Plaintiffs' faith in the vehicle to operate as dependable transportation.

13.   Despite Plaintiffs' repeated efforts to allow Defendant Manufacturer the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14.   The Vehicle still has issues including engine defects.

15.   Plaintiffs directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiffs' defective Vehicle and to reimburse Plaintiffs pursuant to their rights under State and Federal Laws.  Please see Exhibit D:  Written Notification, and Exhibit E: Return Receipt.

16.   This cause of action arises out of the Defendant's Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

17.   Plaintiffs seek judgment against Defendant in whatever amount that Plaintiffs are entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

18.   There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

19.   Plaintiffs fully repeat and incorporate Paragraphs 1 through 18, as set forth above.

20.   Defendant Jayco extended to Plaintiffs a two (2) year – 24,000 mile limited warranty ("Warranty").

21.   Plaintiffs, seeking to repair the Subject Vehicle, attempted to exercise Plaintiffs' rights under the Warranty.

22.   Defendant Jayco has failed to honor the terms of the Warranty.

23.   Defendant Jayco has failed or refused to repair the issues which include engine defects.

3

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

24.   As a result of the actions set forth above, Defendant Jayco has breached its warranty.

25.   As a result of Defendant Jayco's breach of warranty, Plaintiffs have, and will continue to, suffer significant monetary and consequential damages.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter Judgment in favor of Plaintiffs and against Defendant Jayco in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

**COUNT II**
**BREACH OF MAGNUSON-MOSS WARRANTY ACT**

26.   Plaintiffs fully repeat and incorporate Paragraphs 1 through 25, as set forth above.

27.   This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

28.   Plaintiffs are "consumer"s as defined by 15 USC § 2301(3).

29.   Defendant Jayco is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

30.   The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

31.   15 USC § 2310(d)(1)(A), requires Defendant Jayco, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

32.   The actions of Defendant Jayco as hereinabove described, in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

33.   Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendant Jayco, Defendant Jayco has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

34.   As a result of Defendant Jayco's breach of factory warranty as set forth above, and Defendant Jayco's failure to honor its obligations under its warranties, Plaintiffs have, and will continue to, suffer damages as enumerated above.

4

COMPLAINT                                    LEMON LAW GROUP PARTNERS PLC
                                             3323 NORTHEAST 163 STREET, SUITE 504
                                             NORTH MIAMI BEACH, FL 33160

35.    Defendant Jayco had a reasonable opportunity to remedy the defects in the vehicle but has failed to do so, thereby entitling Plaintiffs to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

36.    Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

**COUNT III**
**PLAINTIFFS' CLAIM OF VIOLATION OF**
**OR REV STAT §§ 646A.400 – 646A.418; §§ 646A.325 – 646A.327**
**"LEMON LAW"**

37.    Plaintiffs repeat and incorporate Paragraphs 1 through 36, as set forth above.

38.    Plaintiffs are "consumer"s under the Lemon Law, OR Rev Stat § 646A.400(2).

39.    The Subject Vehicle is a "motor vehicle" under the Lemon Law, OR Rev Stat § 646A.400(4).

40.    It is presumed that the Subject Vehicle has been subject to a reasonable number of repair attempts for the aforementioned defects if, during the two-year period following the date of original delivery of the motor vehicle to a consumer or during the period ending on the date on which the mileage on the motor vehicle reaches 24,000 miles, whichever period ends first, OR Rev Stat § 646A.406(1):

(1) The manufacturer or an agent or authorized dealer of the manufacturer has subjected the nonconformity to repair or correction three or more times and has had an opportunity to cure the defect alleged, but the nonconformity continues to exist; OR Rev Stat § 646A.406(1)(a); or

(2) The motor vehicle is out of service by reason of repair or correction for a cumulative total of 30 or more calendar days, OR Rev Stat § 646A.406(1)(b);

41.    The Subject Vehicle has been subjected to repair on four (4) occasions and has been out of service for sixty-six (66) days during the earlier of the two-year period following the date of original delivery of the Subject Vehicle or the date on which the Subject Vehicle reaches 24,000

5

COMPLAINT                                  LEMON LAW GROUP PARTNERS PLC
                                           3323 NORTHEAST 163 STREET, SUITE 504
                                           NORTH MIAMI BEACH, FL 33160

miles.  All attempted repairs were unsuccessful as the Subject Vehicle continues to have the aforementioned defects.

42.    The aforementioned defects substantially impair the use or value of the Subject Vehicle to Plaintiffs and prevent the Subject Vehicle from conforming to the Manufacturer's factory warranty.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for judgment as follows:

(1)    For actual damages according to proof at trial;

(2)    For Defendant to accept return of the Subject Vehicle in exchange for full purchase price returned to Plaintiffs;

(3)    For attorney's fees and costs of suit incurred herein;

(4)    For such other and further relief as the court deems just and proper under the circumstances;

(5)    That all issues be tried before a jury.


Dated:    4    day of  September, 2020.


                              Respectfully submitted,

                              **LEMON LAW GROUP PARTNERS PLC**

                              By: s/n Jessica Molligan
                                    Jessica Molligan (OSB 001823)
                                    Lemon Law Group Partners
                                    3323 Northeast 163 Street, Suite 504
                                    North Miami Beach, FL 33160
                                    Tel. No.: (888) 415-0610
                                    info@lemonlawgrouppartners.com
                                    eservice@lemonlawgrouppartners.com

                                    6

COMPLAINT                              LEMON LAW GROUP PARTNERS PLC
                                       3323 NORTHEAST 163 STREET, SUITE 504
                                       NORTH MIAMI BEACH, FL 33160

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

7

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

BRETZ RV & MARINE
4180 BROADWAY
BOISE       ID
208-388-4678

C.#    221246
FI.#   45598

## PURCHASE AGREEMENT
### PAGE 1 OF 2

In this contract the words **I**, **me** and **my** refer to the Buyer and Co-Buyer signing this contract. The words **you** and **your** refer to the Dealer. Subject to the terms and conditions on both sides of this agreement, you agree to sell and I agree to purchase the unit described below.

| BUYER(S) | | | | |
|---|---|---|---|---|
| MADALYN I SAHEB KHAN | KHALID SAHEB KHAN | | DATE 07/12/19 | |

| ADDRESS | | | | COUNTY |
|---|---|---|---|---|
| 305 SOUTH OREGON STREET ONTARIO, OR | | 97914 | | MAUHLER |

| SALESPERSON | RES. PHONE | MOBILE PHONE |
|---|---|---|
| MARCOS JESSE | 208-353-4685 | |

| YEAR 9 | MAKE EMBLEM | 36U | MODEL | CLASS A MOTORHOME | STOCK NUMBER 61025 |
|---|---|---|---|---|---|
| ☒ NEW   ☐ USED | SERIAL NUMBER | SPYGLASS | 1F66F5DY7J0A12866 | | |

| SERIAL NUMBER 2 | | SERIAL NUMBER 3   1K1DU8078 |
|---|---|---|

| OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES | |
|---|---|
| PDI RECHECK FOR DELIVERY | |
| INSTALL WASHER DRYER COMBO | |

| BASE PRICE OF UNIT | $ 110737.00 |
|---|---|
| OPTIONAL EQUIPMENT   ECOPRO | |
| SUB-TOTAL | $ 110737.00 |
| | N/A |
| SALES TAX (If State Required) | $ N/A |
| 1. CASH PURCHASE PRICE | $ 110737.00 |

| | | |
|---|---|---|
| Trade-In Allowance | $ N/A | |
| Less Bal. Due on Above | $ N/A | |
| NET ALLOWANCE | $ N/A | |
| Cash Deposit | $ 111000.00 | |
| Rebate | $ N/A | |
| 2. LESS TOTAL CREDITS | $ 111000.00 | |

| RECEIVED $1,000 NON REFUNDABLE | SUB-TOTAL | $ -263.00 |
|---|---|---|
| DOWN PAYMENT BALANCE DUE 7/8/19 | NON-TAXABLE ITEMS | $ N/A |
| IN A CASHIER CHECK | VARIOUS FEES AND INSURANCE | $ 14.00 |
| RESOLVE BED SLIDE SQUEAL | DOCUMENTATION FEE | $ 249.00 |

| MANUFACTURES REBATE | N/A | | |
|---|---|---|---|
| DEALER REBATE | N/A | 3. Unpaid Balance of Cash Sale Price | $ N/A |

**DISCLAIMER OF WARRANTIES AND DAMAGES, "AS IS", MEDIATION**
You and I certify that the additional terms and conditions printed on the back of this Agreement are agreed to, the same as if printed above the signature. I am purchasing the above described unit; the optional equipment and accessories; that my trade-in is free from all claims whatsoever, except as noted. It is also mutually understood that this Agreement is subject to necessary corrections, and adjustments concerning changes in net payoff on trade-in, to be made at the time of settlement. I acknowledge that I have received a statement of my rights as a new motor vehicle buyer as required by law.
I UNDERSTAND THAT THE UNIT I AM PURCHASING MAY HAVE WRITTEN WARRANTIES COVERING IT, BUT THAT THESE WARRANTIES ARE OFFERED BY THE MANUFACTURERS OF THE UNIT, ITS COMPONENTS AND/OR ITS APPLIANCES. THESE WARRANTIES HAVE BEEN PROVIDED TO ME AND I HAVE READ AND UNDERSTAND THEM. I UNDERSTAND THAT YOU OFFER NO WARRANTIES, EXPRESS OR IMPLIED, ON THIS UNIT. THIS UNIT IS SOLD "AS IS" BY YOU, AND YOU DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, DELIVERY BY YOU TO ME OF ANY WARRANTY DOES NOT MEAN THAT YOU ADOPT THAT WARRANTY. I ACKNOWLEDGE THAT ANY WARRANTY MADE BY THE MANUFACTURER(S) HAS NOT BEEN MADE BY YOU, EVEN IF THEY SAY YOU MADE THEM, OR SAY YOU MADE SOME OTHER WARRANTY. ALTHOUGH I MAY BE ABLE TO OBTAIN SERVICE WORK FROM YOU, YOU ARE NOT AN AGENT OF ANY MANUFACTURER FOR PURPOSES OF OFFERING A WARRANTY.

I acknowledge that upon my forwarding or delivering a copy of this agreement containing your signature to me, my agreement to purchase the unit, and all other covenants and conditions contained in this agreement, shall become binding, and I shall have no right to cancel or rescind this agreement, return the unit or receive a refund of any payments I have made or am obligated to make to you.

THIS PURCHASE AGREEMENT, ALONG WITH THE STATEMENT OF UNDERSTANDING, CONTAINS THE ENTIRE UNDERSTANDING BETWEEN YOU AND ME. NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT AND NO OTHER REPRESENTATIONS OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE, WHICH ARE NOT CONTAINED ON THESE DOCUMENTS. BY SIGNING BELOW I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THE TERMS OF THIS AGREEMENT, INCLUDING THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE A MEDIATION AGREEMENT AND AN "AS IS" CLAUSE, AND THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT.

Acceptance: I have read and understand this Agreement, including the backside, which contains a Mediation Agreement and "As Is" clause.

SIGNED X _Madaly Skn_ _____ BUYER

SIGNED X _Khn_ _____ BUYER

Manager's Signature _Don_

Printed Name _Donna Sassen_

| TRADE IN #1 | YR | MAKE |
|---|---|---|
| MODEL | SERIAL # | ODOMETER |
| AMOUNT OWING TO WHOM: | | |

| TRADE IN #2 | YR | MAKE |
|---|---|---|
| MODEL | SERIAL # | ODOMETER |
| AMOUNT OWING TO WHOM: | | |

WHITE – Original       CANARY–Duplicate       PINK – Triplicate

RV3, RV5, BCS       FEBRUARY 2019

**EXHIBIT A**
Page 9 of 21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

9

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

ENTEGRA COACH WARRANTY Our family is proud to stand behind every Entegra Coach we build. Our commitment is to provide the highest level of products and services possible. We invite you to compare our limited warranty with other manufacturers—we think you'll find that your satisfaction is our lifelong passion. The Entegra Coach ("Entegra") limited warranty covers this recreational vehicle ("RV") when used only for its intended purpose of recreational travel and camping and for two (2) years after the first retail owner takes delivery, or the first twenty-four thousand (24,000) miles of use, whichever occurs first. This warranty is transferable to a second owner for Insignia, Aspire, Anthem and Cornerstone only. It covers RVs sold by an authorized dealer and used in the United States, U.S. Territories and Canada, only. In addition to the limited warranty, Entegra luxury diesel products (Aspire, Anthem, Cornerstone) carry a structural limited warranty for five (5) years after the first retail owner takes delivery. Other Entegra Coach products (Odyssey, Esteem, Qwest, Vision, Vision XL, Emblem, Accolade, Reatta, Reatta XL) carry a structural limited warranty for three (3) years after the first retail owner takes delivery. This warranty covers the structure of the recreational vehicle (defined as only the steel or aluminum frame structure for the sidewalls (excluding slide outs), roof and rear and front walls). For complete details, contact your nearest Entegra dealer.

10

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

1
2
3
4
5
6
7
8
9
10
11

# EXHIBIT C

15
16
17
18
19
20
21
22
23
24
25
26
27
28

11

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

*f*
Repair

CUSTOMER #: J0A12866                           226792

MADALINE KAHN                              *INVOICE*

**MOUNTAIN HOME AUTO RANCH**
2800 American Legion Blvd * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

HOME:208-353-4685 CONT:208-353-4685                    PAGE 1

BUS:                    CELL:              SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
| BROWN | 18 | FORD CHASSIS | 1F66F5DY7J0A12866 | | 2310/2328 | T2728 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 08AUG19 | | VAR | CASH | 23AUG19 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 08:48 08AUG19 | 11:54 23AUG19 | |

LINE OPCODE TECH TYPE HOURS                    LIST    NET    TOTAL
A CUSTOMER STATES THERE IS LOW OIL PRESSURE, CHECK AND ADVISE
   F20000 GENERAL REPAIRS                                    (N/C)
       562WF001                                              (N/C)
   1 HU9Z*6006*A SERVICE ENGINE ASY                          (N/C)
   4 *W707753*S900 STUD                                      (N/C)
   4 *W520514*S440 NUT - ADJUSTING SCREW                     (N/C)
   4 *W715618*S437 NUT                                       (N/C)
   8 F1AZ*6379*A BOLT - HEX.HEAD                             (N/C)
  10 4R3Z*9439*AA GASKET - INTAKE MANIFOLD                   (N/C)
   2 CC3Z*9448*A GASKET                                      (N/C)
   2 CC3Z*9448*B GASKET                                      (N/C)
  20 *W701706*S2 NUT - HEX.                                  (N/C)
   1 3L3Z*8C387*AC GASKET                                    (N/C)
   1 3L3Z*8C388*AC GASKET                                    (N/C)
   1 F1VY*8255*A SEAL - THERMOSTAT                           (N/C)
   2 *W704593*S100 SEAL                                      (N/C)
   1 VC*3DIL*B ANTI-FREEZE                                   (N/C)
   1 HANDLG HANDLING ALLOWANCE                               (N/C)
   2 XT10QLVC FLUID                                          (N/C)
DUPLICATED COMPLAINT, FOUND ENGINE TO START BUT WOULD LOSE OIL
PRESSURE AND KNOCK WHEN RMP IS BROUGHT UP. PERFORMED OIL PRESSER TEST
AND FOUND 10 PSI AT IDLE AND 30PSI AT 2,000RPM. REMOVED OIL FILTER AND
CUT OPEN FOUND OIL FILTER ELEMENT TO BE FULL OF METAL. DISASSEMBLED
DASH FOR ACCESS TO DOG HOUSE, REMOVED DOG HOUSE FOR ACCESS TO TOP OF
ENGINE, REMOVED EXHAUST Y-PIPE, REMOVED TRANSMISSION FOR REMOVAL OF
ENGINE WAS TO BE OUT THE BOTTOM AND OUT THE TRANSMISSION AREA, REMOVED
LEFT EXHAUST MANIFOLD TO BE ABLE TO REMOVE OIL DIP STICK, REMOVED
ENGINE WIRE HARNESS, REMOVED INTAKE, REMOVED COOLANT CROSS OVER AND
ALTERNATOR FOR ENGINE REMOVAL, REMOVED ENGINE LONG BLOCK ASY, PERFORMED
TEAR DOWN ON ENGINE TO DETERMINE FAILURE AND WHAT WAS NEEDED FOR
REPAIR, FOUND CAM CAPS ALL SCORED, FOUND MULTIPLE CYLINDERS TO HAVE
VERTICAL SCORING MOSTLY CYLINDER 1, REMOVED OIL AND AND FOUND LARGE
BEARING MATERIAL CHUCKS IN THE OIL PAN AND FOUND LOTS OF PLAY IN
SEVERAL ROD CAPS/BEARING MOSTLY CYLINDER 1. PERFORMED COST CAP RESULTS



**Quick Lane®**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all
warranties, either express or implied, including
any implied warranty of merchantability or
fitness for a particular purpose, and neither
assumes nor authorizes any other person to
assume for it any liability in connection with the
sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER COPY

CUSTOMER #: J0A12866                    226792

*INVOICE*

**MOUNTAIN HOME**
**AUTO RANCH**
*WE DO BUSINESS A BETTER WAY*

MADALINE KAHN                                        MOUNTAIN HOME AUTO RANCH
                                                    2800 American Legion Blvd * P.O. Box 520
                            PAGE 2                   Mountain Home, Idaho 83647
                                                    Local 208-580-1000
HOME:208-353-4685 CONT:208-353-4685          Toll Free 1-800-743-3326 * Fax 208-587-5291
BUS:                CELL:                 SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|--|-----|---------|----------------|-----|
| BROWN | 18 | FORD CHASSIS | | 1F66F5DY7J0A12866 | | 2310/2328 | T2728 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 08AUG19 | | VAR | CASH | 23AUG19 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 08:48 08AUG19 | 11:54 23AUG19 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

WERE TO REPLACE LONG BLOCK ASY, SUBMITTED TO PRIER APPROVAL AND
RECEIVED APPROVAL CODE THNR514261. ASSEMBLED OLD LONG BLOCK FOR RETURN,
REPLACED LONG BLOCK AND ASSEMBLED RV. TOPPED OFF TRANSMISSION FLUID,
CHECKED ENGINE OIL LEVEL, CLEARED CODES, AND TEST DROVE TO VERIFY
REPAIR. LONG BLOCK R&R, PRIOR APPROVAL, HALF OF ENGINE REBUILD FOR TEAR
DOWN, OIL PRESSURE TEST, DIAG, POST TEST DRIVE, TRANSMISSION R&I, ALL
OTHER TIME IS M-TIME FOR MOTOR HOME AFTER MARKET COMPONENTS REMOVALS
AND EXTRA TIME IT ADDED TO ENGINE R&R.
            ***************************************************
B FORD REQUESTS OIL PRESSURE TEST AND HAS FURTHER INSTRUCTIONS ATTACHED
   TO RO
   F20000 GENERAL REPAIRS
      999CF001                                        0.00      0.00
            ***************************************************



                    QuickLane NOW OPEN FOR ALL YOUR MAINTENANCE
                    NEEDS...WE SERVICE ALL MAKES AND MODELS!!!!

                    THANK YOU FOR ALLOWING US TO SERVE YOU!!!!!



**Quick Lane**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

CUSTOMER COPY

**EXHIBIT A**
**Page 14 of 21**

2nd
Repair

CUSTOMER #: J0A12866

230943

**MOUNTAIN HOME AUTO RANCH**

*INVOICE*

**MOUNTAIN HOME AUTO RANCH**
2800 American Legion Blvd. * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

MADALINE KAHN
PO BOX 4312
BOISE ID 83711
HOME:208-353-4685 CONT:208-353-4685
BUS:                CELL:

PAGE 1

SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|--|-----|---------|-----------------|-----|
| BROWN | 18 | FORD CHASSIS | | 1F66F5DY7J0A12866 | | 7394/7404 | T8197 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 06JAN20 | | VAR | CASH | 23JAN20 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 09:22 06JAN20 | 09:34 23JAN20 | |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL
A CUST STATES VEHICLE WILL NOT MOVE WHEN IN DRIVE. CHECK AND ADVISE
  F20000 GENERAL REPAIRS
       360WF001
  1 HC4Z*7000*A AUTOMATIC TRANSMISSION ASY                          (N/C)
  1 HANDLG HANDLING ALLOWANCE                                       (N/C)
  4 *W715618*S437 NUT                                               (N/C)
  4 *W520514*S440 NUT - ADJUSTING SCREW                             (N/C)
confirmed customer complaint. vehicle would not move forward or
backward. hooked up ids an performed self test. no codes pulled at this
time. drained fluid and inspected fluid condition. found fluid to be
burnt with large amounts on metal inside the oil pan. removed and
dissassembed transmission. found bearing in torque converter to have
gone bad causing metal throughout the tranmission. found no fluid
pressure and clutch pack to be damaged from metal contamination or
making metal to metal contack with steels. performed cost cap and sent
in prior approval. appoved replacing transmission. installed new
tranmission and flushed transmission coolers. reassembled vehicle and
test drove vehicle. vehicle now has all gears in transmission.
*************************************************************

          QuickLane NOW OPEN FOR ALL YOUR MAINTENANCE
          NEEDS...WE SERVICE ALL MAKES AND MODELS!!!!

          THANK YOU FOR ALLOWING US TO SERVE YOU!!!!!

 



**Quick Lane** ®
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all
warranties, either express or implied, including
any implied warranty of merchantability or
fitness for a particular purpose, and neither
assumes nor authorizes any other person to
assume for it any liability in connection with the
sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**EXHIBIT A**
**Page 15 of 21**

CUSTOMER #: J0A12866

232026

INVOICE

**MOUNTAIN HOME AUTO RANCH**

WE DO BUSINESS A BETTER WAY

MADALYN KHAN
PO BOX 4312
BOISE ID 83711-4312
HOME:208-353-4685   CONT:208-353-4685

**MOUNTAIN HOME AUTO RANCH**
2800 American Legion Blvd * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

PAGE 1

SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BUS: | | CELL: | | | | |
| BROWN | 18 | FORD CHASSIS | 1F66F5DY7J0A12866 | | 7466/7476 | TKAHN |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 12FEB20 | | VAR | CASH | 29FEB20 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 14:11 12FEB20 | 14:34 29FEB20 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A CUST STATES THERE IS KNOCKING NOISE. TOWED IN CHECK AND ADVISE
CAUSE: .

```
   6007A1 CYLINDER ASSEMBLY SHORT BLOCK - REPLACE
      (6009) - L
        360WF001                                           (N/C)
   1 5C3Z*6009*AA CYLINDER BLOCK                            (N/C)
   1 HANDLG HANDLING ALLOWANCE                              (N/C)
   1 DL1Z*6079*A KIT - GASKET                               (N/C)
   1 5C3Z*6E078*AA KIT - GASKET                             (N/C)
  24 9R3Z*6065*A BOLT - HEX.HEAD                            (N/C)
   8 F1AZ*6379*A BOLT - HEX.HEAD                            (N/C)
   4 *W715618*S437 NUT                                      (N/C)
  20 *W703902*S403 STUD                                     (N/C)
  20 *W701706*S2 NUT - HEX.                                 (N/C)
   4 *W707753*S900 STUD                                     (N/C)
   4 *W520514*S440 NUT - ADJUSTING SCREW                    (N/C)
   1 5L3Z*6600*A PUMP ASY - OIL                             (N/C)
   2 8L3Z*12029*A COIL ASY - IGNITION                       (N/C)
   1 5C3Z*6051*BA GASKET - CYLINDER HEAD                    (N/C)
   1 F5RZ*6A340*B BOLT - FLANGED HEX.                       (N/C)
   1 F8UZ*6622*AA SCREEN AND COVER ASY                      (N/C)
   1 F1AZ*6626*A GASKET                                     (N/C)
  10 SP*509* SPARK PLUG                                     (N/C)
   3 VC*3DIL*B ANTI-FREEZE                                  (N/C)
MT6009 CYLINDER BLOCK REPLACEMENT
        360WF001                                            (N/C)
MTDASH R&R DASH
        360WF001                                            (N/C)
   FC: PART#: COUNT:
   CLAIM TYPE:
   AUTH CODE:
   360
```

confirmed customer complaint. knocking noise heard rom oil pan
while vehicle is running. drained engine oil and removed oil filter.

**Quick Lane**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all
warranties, either express or implied, including
any implied warranty of merchantability or
fitness for a particular purpose, and neither
assumes nor authorizes any other person to
assume for it any liability in connection with the
sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER COPY

**EXHIBIT A**
**Page 16 of 21**

232026

**INVOICE**



MOUNTAIN HOME
AUTO RANCH
*WE DO BUSINESS A BETTER WAY*

**MOUNTAIN HOME AUTO RANCH**
2800 American Legion Blvd * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

OWNER #: J0A12866

ADALYN KHAN
PO BOX 4312
BOISE ID 83711-4312
HOME: 208-353-4685    CONT:208-353-4685
BUS:                  CELL:

PAGE 2

SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
| BROWN | 18 | FORD CHASSIS | 1F66F5DY7J0A12866 | | 7466/7476 | TKAHN |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 12FEB20 | | VAR | CASH | 29FEB20 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 14:11 12FEB20 | 14:34 29FEB20 | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
    found metal in oil and oil filter. removed oil pan to find metal in oil
    and cylinder number 2 to have spun the rod bearing, and cylinder #7 to
    have play in rod bearing. removed engine from vehicle and disassembled.
    found no damaged to any other components during inspection. replaced
    short block. reassembled new short block. cleaned oil pan and replaced
    pickup tube. due to not being able to remove all metal debris from the
    tube. reinstalled engine into vehicle. test drove vehicle. no more
    issues found at this time. (m time 6.0 hrs. for dash removal and
    install).

    ***********************************************************

                    QuickLane NOW OPEN FOR ALL YOUR MAINTENANCE
                    NEEDS...WE SERVICE ALL MAKES AND MODELS!!!!

                    THANK YOU FOR ALLOWING US TO SERVE YOU!!!!!



---



**Quick Lane**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**

The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**CUSTOMER COPY**

CUSTOMER #: J0A12866

232367

**MOUNTAIN HOME AUTO RANCH**

INVOICE

MADALYN KHAN
PO BOX 4312
BOISE, ID 83711-4312
HOME:208-353-4685 CONT:208-353-4685
BUS:                    CELL:

MOUNTAIN HOME AUTO RANCH
2800 American Legion Blvd * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

PAGE 1

SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|--|-----|---------|----------------|-----|
| BROWN | 18 | FORD CHASSIS | | 1F66F5DY7J0A12866 | | 7475/7475 | TKHAN |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 21DEC17 DD | | | 17:00 25FEB20 | | VAR | CASH | 13MAR20 |
| R.O. OPENED | | READY | OPTIONS: | | | | |
| 15:17 25FEB20 | 16:17 13MAR20 | | | | | | |

LINE OPCODE TECH TYPE HOURS

A CUST STATES THERE IS A NOISE COMING FROM THE TRANSMISSION WHEN GOING
  INTO DRIVE. CHECK AND ADVISE
CAUSE: .

| | | LIST | NET | TOTAL |
|--|--|------|-----|-------|

        7000A AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
            AND INSTALL OR REPLACE (7000) - L
            360WF001
        1 FT*187* SCREEN ASY
        8 XT*10*BLV MERCON LV                                    (N/C)
        1 CC4Z*7902*A CONVERTER ASY                              (N/C)
        1 HC3Z*7A103*A PUMP ASY - OIL                            (N/C)
        4 *W715618*S437 NUT                                      (N/C)
        1 BC3Z*7A248*C SEAL                                      (N/C)
        7000A6 AUTOMATIC TRANSMISSION FRONT PUMP -               (N/C)
            REPLACE (7A103) - L
            360WF001
        FC: N18 91
        PART#: CC4Z*7902*A                                       (N/C)
        COUNT:
        CLAIM TYPE:
        AUTH CODE:
        360

confirmed customer complaint. test drove vehicle and found grinding
noise in every gear besides neutral and park. removed transmission pan
and found no issues. removed transmission from vehicle. removed torque
converter from transmission and found deep scarring on torque converter
and front pump. removed valve body and inspected for contamination. no
contamination found. installed new front pump and torque converter in
vehicle. reassembled vehicle and test drove. no more issues at this
time.

***************************************************

**Quick Lane**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**
The seller hereby expressly disclaims all
warranties, either express or implied, including
any implied warranty of merchantability or
fitness for a particular purpose, and neither
assumes nor authorizes any other person to
assume for it any liability in connection with the
sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**EXHIBIT A**
**Page 18 of 21**

CUSTOMER COPY

**MOUNTAIN HOME AUTO RANCH**

232367

INVOICE

**MOUNTAIN HOME AUTO RANCH**
2800 American Legion Blvd * P.O. Box 520
Mountain Home, Idaho 83647
Local 208-580-1000
Toll Free 1-800-743-3326 * Fax 208-587-5291

OWNER #: J0A12866

ADALYN KHAN
PO BOX 4312
BOISE, ID 83711-4312
HOME:208-353-4685  CONT:208-353-4685
BUS:                CELL:

PAGE 2

SERVICE ADVISOR: 434 TINA NELSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BROWN | 18 | FORD CHASSIS | 1F66F5DY7J0A12866 | | 7475/7475 | TKHAN |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 21DEC17 DD | | | 17:00 25FEB20 | | VAR | CASH | 13MAR20 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 15:17 25FEB20 | 16:17 13MAR20 | |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL

QuickLane NOW OPEN FOR ALL YOUR MAINTENANCE
NEEDS...WE SERVICE ALL MAKES AND MODELS!!!!

THANK YOU FOR ALLOWING US TO SERVE YOU!!!!!






**Quick Lane**
TIRE & AUTO CENTER

Quick Lane Service
Open 6 days a week
7:30 am to 6:00 pm
No appointment necessary!
All makes and models!

**DISCLAIMER OF WARRANTIES**

The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

CUSTOMER COPY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

19

COMPLAINT

LEMON LAW GROUP PARTNERS PLC
3323 NORTHEAST 163 STREET, SUITE 504
NORTH MIAMI BEACH, FL 33160

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
P.O. Box 16893
Portland, OR 97292

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

January 27, 2020

Jayco, Inc., Customer Service
903 S Main Street
P.O. Box 460
Middlebury, IN 46540

Re: Madalyn & Khalid Khan
      Vehicle: 2019 Entegra 36U
      VIN: 1F66F5DY7J0A12866

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Madalyn & Khalid Khan relating to the purchase of the above-mentioned vehicle.  Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle.  If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n  Jessica Molligan
Of Counsel Attorney for Plaintiff

CC: Bretz RV & Marine, 4180 Broadway Ave #5301, Boise, ID 83705